441 A.2d 790

Tucci v. State Farm Ins. Co., Appellant.

Petition for Allowance of Appeal Granted June 1, 1982.

Argued June 24, 1981. Frederick E. Smith, Jr. and Alan Dion, for appellant; Sam Merovitz, for appellee.

Before HESTER, CAVANAUGH and DiSALLE, JJ.

Order affirmed.

Decision was rendered prior to DiSALLE, J., leaving the bench of the Superior Court of Pennsylvania.